```
       FILED        ____ LODGED
       RECEIVED     ____ COPY

          JUN  2 2009

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
       BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

  v.

Michael Roy Turney,

        Defendant.

NO.  CR 08-1493-PHX-SRB

**S U P E R S E D I N G**
**INDICTMENT**

VIO:  26 U.S.C. §§ 5861(d) & 5871
(Unlawful Possession of
Unregistered Destructive Devices)
Counts 1 and 2

26 U.S.C. §§ 5861(d) & 5871
(Unlawful Possession of
Unregistered Silencers)
Count 3

18 U.S.C. §844(i)
(Attempt to Damage or
Destroy a Building by Fire or
Explosives)
Count 4

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 11, 2008, in the District of Arizona, defendant MICHAEL ROY TURNEY did knowingly possess destructive devices, firearms as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(A), that is:

one (1) black canvas bag containing 2 cans of lantern fuel, 2 cans of starter fuel, and 3 road flares (ATF Item # 1);

one (1) black canvas bag containing 1 can of Ozark Trail Camp Fuel, 1 road flare, with

one fuse, one "Shomer-Tech" smoke device taped together and placed on the camp fuel (ATF Item # 2); and,

one (1) black canvas bag containing 1 can of Coleman fuel, 2 road flares, and one "Shomer-Tech" smoke device (ATF Item # 3);

which firearms were not registered to the defendant in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT 2

On or about December 11, 2008, in the District of Arizona, defendant MICHAEL ROY TURNEY did knowingly possess destructive devices, firearms as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(A), that is:

one (1) pipe bomb consisting of 1 1/4 inch by 10 inch polyvinyl chloride PVC tube, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder and steel shot (ATF Item #4);

one (1) pipe bomb consisting of 1 1/4 inch by 8 inch polyvinyl chloride PVC tube, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder and steel shot (ATF Item # 5);

one (1) pipe bomb consisting of 1 1/4 inch by 7 1/4 inch polyvinyl chloride PVC tube, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder and steel shot (ATF Item #6);

one (1) pipe bomb consisting of 1 1/4 inch by 7 inch polyvinyl chloride PVC tube, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder and steel shot (ATF Item # 7);

five (5) pipe bombs taped together in a bag, consisting of 3/4 inch by 3 3/4 to 5 inch polyvinyl chloride PVC tubes, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder and steel shot (ATF Item # 8);

five (5) pipe bombs taped together in a bag, consisting of 3/4 inch by 4 to 5 1/4 inch

polyvinyl chloride PVC tubes, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder and steel shot (ATF Item # 9);

one (1) pipe bomb consisting of 3/4 inch by 5 inch polyvinyl chloride PVC tube, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder (ATF Item # 10);

one (1) pipe bomb consisting of 3/4 inch by 5 inch polyvinyl chloride PVC tube, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder and steel shot (ATF Item # 11);

one (1) pipe bomb consisting of 3/4 inch by 5 1/4 inch polyvinyl chloride PVC tube, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder and steel shot with firecrackers taped to the tube (ATF Item # 12);

eight (8) pipe bombs in a bag, consisting of 3/4 inch by 4 ½ to 5 inch polyvinyl chloride PVC tubes, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder and steel shot (ATF Item #13); and,

one (1) pipe bomb consisting of 24 3/4 inch by 4 inch polyvinyl chloride PVC tube, sealed at both ends, fused with common hobby fuse, and containing suspected smokeless powder and nails (ATF Item # 14);

which firearms were not registered to the defendant in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

### COUNT 3

On or about December 11, 2008, in the District of Arizona, defendant MICHAEL ROY TURNEY, knowingly possessed two silencers, firearms as defined in Title 26, United States Code, Section 5845(a)(7), that is:

one (1) metal cylindrical device, black in color, approximately 8-1/4 inches in length and approximately 1-3/8 inches at its major diameter. It has no visible marking referencing a

3

1 manufacture nor a serial number; and,

2 one (1) plastic cylindrical device, black in color approximately 9-5/8 inches in length and approximately 1-1/2 inches at its major diameter. It has no visible marking referencing a manufacture nor a serial number;

5 which firearms were not registered to the defendant in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT 4

On or about December 11, 2008, in the District of Arizona, the defendant, MICHAEL ROY TURNEY, maliciously attempted to damage and destroy, by means of fire and explosive materials, a building used in interstate commerce, that is, the building located at 5808 N. 7th Street; Phoenix, Arizona which was occupied and utilized by the International Brotherhood of Electrical Workers.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: June 2, 2009

DIANE J. HUMETEWA
United States Attorney
District of Arizona

s/
PAUL V. ROOD
Assistant U.S. Attorney

s/
DAVID A. PIMSNER
Assistant U.S. Attorney